| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Mark H. Rogge (CA Bar # 298381)<br>Dickinson Wright ,RLLP 615 National Avenue<br>Suite 220, Mountain View CA 94043<br><br>TELEPHONE NO. : 408-701-6146<br>E-MAIL ADDRESS *(Optional):* mrogge@dickinson-wright.com     FAX NO. *(Optional):*<br>ATTORNEY FOR *(Name):* | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 255 East Temple Street

MAILING ADDRESS:

CITY AND ZIP CODE: Los Angeles, 90012

BRANCH NAME: Edward Roybal Federal Building and United States Courthouse

PLAINTIFF: SOVEREIGN LLC

DEFENDANT: SULEMAN IDDRISSU, et al

| **WRIT OF ATTACHMENT**<br>☐ **AFTER HEARING**      ☑ **EX PARTE** | CASE NUMBER:<br>23-mc-00067 |
|---|---|

1. ☐  TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

2. ☑  To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. ☐  To any private person specially appointed by the court to serve this writ in accord with Local Rule 64-1, 64-2 & 64-3.

4. This writ is to attach property of defendant (name and last known address):
   Suleman Iddrissu 2803 S Canfield Ave, Los Angeles, CA 90034

   and the attachment is to secure:   $ 276,615.81 + interest + costs of this action

5. Name and address of plaintiff: SOVEREIGN LLC,
   747 Third Avenue
   37th Floor
   New York, NY 10017

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter):*
   LOT 135 OF TRACT NO. 14212, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA
   Physical Address: 2803 South Canfield Avenue, Los Angeles, CA 90034
   See attached Title Search of Property.

   ☑  This information is on an attached sheet.

7. ☐  An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify):*

8. ☐  The real property on which the
   ☐  crops described in item 6 __ are growing
   ☐  timber described in item 6 __ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

| [SEAL] | |
|---|---|
| | Date:          Clerk, by  _____ , Deputy |

Page 1 of 1